IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. No. CR 05 133 ML |
| vs. ) | In violation of 18 U.S.C. § 922(g)(1) and 26 U.S.C. § 5861(d) |
| STAPHVON JOHNSON ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about August 16, 2005, in the District of Rhode Island, the defendant STAPHVON JOHNSON, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Sears Roebuck 12 gauge shotgun, serial number P177239.

In violation of 18 U.S.C. § 922(g)(1).

COUNT II

That on or about August 16, 2004, in the District of Rhode Island, the defendant STAPHVON JOHNSON, did knowingly possess a firearm, that is, a Sears Roebuck 12 gauge shotgun, serial

number P177239, with a barrel less than 18 inches long, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d)

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee
______________________________
ZECHARIAH CHAFEE
Assistant U.S. Attorney

Gerard B. Sullivan
______________________________
GERARD B. SULLIVAN
First Assistant U.S. Attorney

Dated: December 7, 2005