RECEIVED
DEC 1 2 2005
US MARSHALS
RHODE ISLAND

# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case No. CR 05-133ML***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **STAPHVON JOHNSON**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **15** day of **December, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: December 12, 2005.

David A. DiMarzio, Clerk

By: *Martha Saucier - Deputy Clerk*

Arraignment