AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

USA
v.
Staphwon Johnson

**APPEARANCE**

Case Number: CR 05-133ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Johnson

I certify that I am admitted to practice in this court.

12-15-5
Date

[signature]
Signature

K.J. Fitzgerald 5725
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number