AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

STAPHVON JOHNSON

**WARRANT FOR ARREST**

CASE NUMBER: CR 05-133ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest STAPHVON JOHNSON
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Felon in Possession of a Firearm
Possession of a Firearm not Registred to Him in the National Firearms Registration

in violation of Title 18, 26 United States Code, Section(s) 922(g)(1), 5861(d)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

12/7/05 Providence RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 12/07/2005 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 12/15/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.