**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR.NO. 05-133ML** |
| | : | |
| **STAPHVON JOHNSON** | : | |

**GOVERNMENT'S MOTION FOR CONTINUANCE**
**OF DATE FOR RESPONSE TO DEFENSE MOTION**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby moves for a continuance of date for response to defense suppression motion for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zechariah Chafee

ZECHARIAH CHAFEE
ASSISTANT U.S. ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2006, I served a copy of the within Government's Motion for Continuance of Date for Response To Defense Motion to:

Kevin Fitzgerald, Esq
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Paula Hosey

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CR.NO. 05-133ML** |
| | : | |
| **STAPHVON JOHNSON** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION FOR A CONTINUANCE OF DATE FOR RESPONSE TO DEFENSE MOTION**

The government asks for an additional ten days from the date of this motion for its objection to the motion to suppress to be filed. As grounds for this request the government states that for the two weeks up to January 27, 2006 governments counsel was working intensively including during the weekend on a respondent's brief on an immigration case appeal out of the 2nd Circuit. 2nd Circuit immigration case appeals have grown in number to such an extent that the responses are being assigned to AUSA's in other circuits.

This time will be excludable because the filing of defendant's motion to suppress stopped the speedy trial clock. This in the interest of justice because it will give the government time to provide the court with considered, useful analysis of the issues raised by defendant.

Counsel spoke to defense counsel at the Pretrial Conference and he has no objection.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ZECHARIAH CHAFEE
ASSISTANT U.S. ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2006, I served a copy of the within Government's Memorandum in Support of Motion for a Continuance of Date for Response To Defense Motion to:

Kevin Fitzgerald, Esq
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903