**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO. 05-133ML |
| | : | |
| STAPHVON JOHNSON | : | |

FILED
FEB 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GOVERNMENT'S MOTION FOR CONTINUANCE OF DATE FOR RESPONSE TO DEFENSE MOTION**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby moves for a continuance of date for response to defense suppression motion for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Zechariah Chafee

ZECHARIAH CHAFEE
ASSISTANT U.S. ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2006, I served a copy of the within Government's Motion for Continuance of Date for Response To Defense Motion to:

Kevin Fitzgerald, Esq
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

Paula Harvey

Granted. Mary M. Lisi USDJ 2/8/06