Kal

# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

*Case No. CR 05-133ML*

RECEIVED
MAR 2 1 2006
US MARSHALS
RHODE ISLAND

*To:* *Warden*
*ACI*
*Cranston, RI*

YOU ARE HEREBY COMMANDED, to have the **body** of **STAPHVON JOHNSON**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the **22nd** day of **March, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that ... before the court ... named defendant, ... date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: March 20, 2006.

David A. DiMarzio, Clerk

Change of Plea Hearing

*By* Barbara Barletta
*Barbara Barletta - Deputy Clerk*