**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-0133ML** |
| | ) | |
| **STAPHVON JOHNSON** | ) | |

---

**NOTICE OF APPEAL**

NOW COMES the defendant, Staphvon Johnson, and hereby notices his appeal to the First Circuit of the sentenced imposed on June 23, 2006.

Respectfully Submitted
Staphvon Johnson,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

**Certification**

I hereby certify that I caused this notice to be delivered to AUSA Zechariah Chafee, 50 Kennedy Plaza, 8th Floor, Providence 02903 on this the 20th day of June, 2006.