# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

*Case No. CR-05-133ML*

RECEIVED

MAR 2 2 2006

US MARSHALS
RHODE ISLAND

*To:* ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **Staphvon Johnson**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Mary M. Lisi**, District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the 23rd day of **June, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.**

**Deputy U.S. Marshal**

WITNESS the Honorable **Mary M. Lisi**

United States District Judge at Providence, RI
Dated: March 22, 2006.

David A. DiMarzio, Clerk

Sentencing Hearing

*By* ***John Duhamel - Deputy Clerk***