UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

August 16, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 05-133ML **CCA# 06-1989**

USA v. Staphvon Johnson

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket in the above matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY: ______________________
John Duhamel
DEPUTY CLERK

encl: Certified docket
**Doc# 32 (transcript of 3/22/06 C/Plea Hearing)**
**Doc# 33 (transcript of 6/23/06 Sentencing Hearing)**