05-133
USDC/R.I.
Lisi, M.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1989

UNITED STATES

Appellee

v.

STAPHVON JOHNSON

Defendant - Appellant

**JUDGMENT**

Entered: March 7, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
George [signature]
Deputy Clerk
Date: 3/7/07

By the Court:
Richard Cushing Donovan, Clerk

AMY B. LEDERER
By: ____________________
Appeals Attorney

[cc: Edward J. DeAngelo, Esq., Donald Lockhart, AUSA, Staphvon Johnson]